# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.: 3:00CV472-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| WILLIAM J. ROPER, SR., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendants' "Consent Motion for Continued Stay," filed June 17, 2005. Defendants ask the Court to continue the stay of this matter for ninety days, to and including September 2, 2005, to further the good faith settlement discussions of the parties. For good cause shown and with consent of Plaintiff, the Court will <u>grant</u> Defendants' Consent Motion for Continued Stay.

This matter is hereby **STAYED** for an additional ninety days, to and including September 2, 2005. If the action is not settled by that date, Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before September 22, 2005.

**SO ORDERED.**

**Signed: June 23, 2005**

Graham C. Mullen
Chief United States District Judge