RECEIVED
CHARLOTTE, N.C.
SEP 20 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:00-CV-472-MU

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>WILLIAM J. ROPER, SR., et al.<br><br>*Defendants* | **ORDER** |

THIS MATTER is before the Court upon motion of defendants to continue the stay of this action through December 2, 2005, to further the good faith settlement discussions of the parties.

IT IS THEREFORE ORDERED that this action is STAYED through and including December 2, 2005. If the action is not settled by that date, defendants shall answer, move or otherwise plead to plaintiff's Complaint on or before December 22, 2005.

This the 27th day of Sept, 2005.

/s/ Graham C. Mullen

C642745.3

6

GCM