UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:00-CV-472-MU |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM J. ROPER, SR. et al. | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court upon motion of defendants to continue the stay of this action through December 1, 2006, to further the good faith settlement discussions of the parties.

IT IS THEREFORE ORDERED that this action is STAYED through and including December 1, 2006. If the action is not settled by that date, defendants shall answer, move or otherwise plead to plaintiffs Complaint on or before December 21, 2006.

Signed: September 6, 2006

Graham C. Mullen
United States District Judge