IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:00-CV-472-MU

UNITED STATES OF AMERICA

    *Plaintiff*,

v.

WILLIAM J. ROPER, SR., et al.

    *Defendants*

**ORDER**

THIS MATTER is before the Court upon motion of defendants, and with the consent of the parties, to continue the stay of this action through April 2, 2007, to further the good faith settlement discussions of the parties.

IT IS THEREFORE ORDERED that this action is STAYED through and including April 2, 2007. If the action is not settled by that date, defendants shall answer, move or otherwise plead to plaintiff's Complaint on or before April 22, 2007.

Signed: December 4, 2006

Graham C. Mullen
United States District Judge