IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:00-CV-472-MU

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM J. ROPER, SR., et al.<br><br>*Defendants* | **ORDER** |

THIS MATTER is before the Court upon consent motion to continue the stay of this action through July 2, 2007, to further the good faith settlement discussions of the parties.

IT IS THEREFORE ORDERED that this action is STAYED through and including July 2, 2007. If the action is not settled by that date, defendants shall answer, move or otherwise plead to plaintiff's Complaint on or before July 23, 2007.

Signed: April 2, 2007

Graham C. Mullen
United States District Judge