IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:00-CV-472-GCM

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| WILLIAM J. ROPER, SR., NANCY ROPER WILLIAM J. ROPER, JR., DEBORAH ROPER ROPER SHOPPING CENTER AT 510 WOODLAWN ROAD, AS DESCRIBED IN DEED BOOK 2854, PAGE 602 | ) | ORDER |
| Defendants. | ) | |

     THIS MATTER is before the Court upon motion of the United States to enter the Consent Decree lodged with this Court on August 14, 2008 and to publish the addresses for EPA which have changed since the lodging of the Consent Decree. This Court has reviewed the matter and determined that the proposed Consent Decree is fair, reasonable, consistent with the purpose of CERCLA, in the public interest, and therefore meets the legal standard for judicial approval of a decree. United States v. North Carolina, 180 F. 3d 574, 581 (4th Cir. 1999).

     IT IS THEREFORE ORDERED that the proposed Consent Decree is entered as a final judgment and the Court has so indicated by signing the Decree on page 18.

     IT IS FURTHER ORDERED that the following shall be the revised addresses to be used during the pendency of the Decree before this Court, unless and until notice of address

changes is given using the procedure set forth in Paragraph 46 of the Decree:

Paragraph 15.D.

| | |
|---|---|
| U.S. Environmental Protection Agency<br>Superfund Payments, R4<br>Cincinnati Finance Center<br>P.O. Box 979076<br>St. Louis, MO 63197-9000 | Paula V. Painter<br>Superfund Division<br>U.S. Environmental Protection Agency<br>SNAFC, R4<br>61 Forsyth Street<br>Atlanta, GA 30303 |

Paragraph 19. B.

| | |
|---|---|
| U.S. Environmental Protection Agency<br>Fines and Penalties<br>Cincinnati Finance Center<br>P.O. Box 979077<br>St. Louis, MO 63197-9000 | Paula V. Painter<br>Superfund Division<br>U.S. Environmental Protection Agency<br>SNAFC, R4<br>61 Forsyth Street<br>Atlanta, GA 30303 |

Paragraph 46

Suzanne Armor
Associate Regional Counsel
Office of Environmental Accountability
U.S. EPA Region 4
61 Forsyth Street, S.W.
Atlanta, GA 30303

Signed: September 8, 2009

Graham C. Mullen
United States District Judge